FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
2:36 pm, Jul 08, 2021
JEFFREY P. COLWELL, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

Eric L. Garner _____, Plaintiff

v.

International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW), Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

## COMPLAINT

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

---

### A.   PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

 Eric L. Garner // 9100 E Girard Ave Apt 12, Denver, CO 80231
   (Name and complete mailing address)

 303-305-8827 // egarner81@gmail.com

B. **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

(Name and complete mailing address)

Defendant 1: International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) // 8000 East Jefferson Avenue, Detroit, MI 48214

313-926-5000 // jbritton@uaw.net; dscott@uaw.net

C. **JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

__X__   Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

29 U.S.C. § 157; 29 U.S.C. § 158 (b); and 29 U.S.C. § 215 (a)(3)

_____   Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of _____.


If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

2

D.   STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:   Commission of Unfair Labor Practices (29 U.S.C. § 158 (b))

    Supporting facts:

My rights pursuant to 29 U.S.C. § 157, to bargain collectively through representatives of their own choosing, and to engage in other concerted activities for the purpose of collective bargaining or other mutual aid or protection has been violated.

I filed grievances in 2018 according to established policies regarding labor disputes with the defendant with the intention of seeking representation in collective bargaining with the plaintiff's employer, Fiat Chrysler Automobiles (FCA) US.

The defendant did not follow their established grievance procedures and substantively failed to take appropriate action and respond to my request to engage in representation with the employer on my behalf. No response was provided by the defendant for two-and-a-half years (July 2018 – February 2020) until I filed a complaint with the National Labor Relations Board (NRLB).

Following the initial stages of the grievance process, the defendant did not maintain custody of evidence submitted (various physical and electronic communications) in support of the grievances at the time of filing. In 2020 I received a notification from the defendant stating the grievances submitted lacked merit and were dismissed.

The NRLB closed my case on April 23, 2021.

CLAIM TWO:   Discrimination against employee after submission of a complaint (29 U.S.C. § 215 (a)(3)

    Supporting facts:

Following the submission of a complaint made by the plaintiff to the Equal Employment Opportunity Commission (EEOC) regarding disparate treatment including discrimination and retaliation by my employer, FCA US.

Although I filed grievances according to established policies (detailed in claim one) regarding

3

labor disputes with the defendant with the intention of seeking representation in collective bargaining with the plaintiff's employer, Fiat Chrysler Automobiles (FCA) US, no action was taken. I believe that the only justification for this was as a result of my interaction with the EEOC.

### E.     REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

I humbly request the Court to intercede on my behalf and order the defendant to compensate me for personal injury including but not limited to; lost wages (regular pay, overtime pay, bonuses, PAA pay, Holiday Pay, etc); general compensatory damages; and special compensatory damages as determined appropriate by this Court.


### F.     PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*Eric L Garner*
Eric L Garner (Jul 8, 2021 13:10 MDT)

(Plaintiff's signature)

Jul 8, 2021

(Date)


(Form Revised December 2017)

4