IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| | |
|---|---|
| Civil Action:21-cv-01860-CMA-STV | FTR - Reporter Deck - Courtroom A402 |
| Date: October 18, 2022 | Courtroom Deputy:  Monique Ortiz |

*Parties:*

ERIC L. GARNER                                              Pro Se

    Plaintiff,

v.

INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA                          William Reinken

    Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING**
**Court in Session:   11:34 a.m.**
Court calls case. Appearance of counsel and Pro Se Plaintiff, Eric L. Garner.

This matter is before the Court regarding Motion of Defendant International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, (UAW) to Dismiss the Amended Complaint [ECF Doc. No. 27, filed 5/13/2022].

Arguments by the parties.

For the reasons set forth on the record, it is

**ORDERED:**          The Motion of Defendant International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, (UAW) to Dismiss the Amended Complaint [ECF Doc. No. 27] is **TAKEN UNDER ADVISEMENT**.  The Court will issue a recommendation in due course.

HEARING CONCLUDED.

**Court in recess:**     **11:46 a.m.**
Time In Court:      00:12

To order a transcript of this proceeding, contact Patterson Transcription Company at (303)755-4536 OR AB Litigation Services at (303)629-8534.